**FILED**

**APR 02 2019**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **19 CR 300** |
| v. ) | |
| ) | Violations: Title 18, United States |
| LAMONT HAGGARD ) | Code, Sections 922(g)(1) and 924(e) |

**JUDGE NORGLE**

**MAGISTRATE JUDGE GILBERT**

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about January 4, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LAMONT HAGGARD,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded FN, model FNS-9, nine-millimeter handgun, bearing serial number GKU0068126, and ammunition, namely 12 rounds of Sig nine-millimeter Luger bullets and 4 rounds of FC nine-millimeter Luger bullets, which firearm and ammunition had traveled in interstate commerce prior to defendant's possession of the firearm and ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)..

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2018 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to a FN, model FNS-9, nine-millimeter handgun, bearing serial number GKU0068126, and associated ammunition, namely 12 rounds of Sig nine-millimeter Luger bullets and 4 rounds of FC nine-millimeter Luger bullets.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY